## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: Ignite Restaurant Group, Inc. and
Ignite Restaurants – New Jersey, LLC
**Debtor**

ENTERED
06/04/2019

Case No.: 17−33550
Chapter 11

Drivetrain, LLC, as Trustee of Ignite
Restaurant Group GUC Trust

**Plaintiff(s)**

vs

NCR Corporation

**Defendant(s)**

Adversary No.: 19−03530

## ORDER REGARDING THE EXCHANGE OF EXHIBITS AND WITNESS LISTS IN ALL CONTESTED MATTERS AND ADVERSARY PROCEEDINGS

1.    Counsel representing parties in all contested matters and adversary proceedings shall review and comply with BLR 9013−2 – Exchange of Exhibits, Exhibit Lists and Witness Lists in All Contested Matters and Adversary Proceedings.

2.    *ALL PARTIES ARE ADVISED THAT THE FAILURE TO TIMELY COMPLY WITH THIS ORDER WILL BE GROUNDS FOR THE DENIAL OF THE ADMISSION OF ANY OR ALL EXHIBITS AND THE EXCLUSION OF WITNESS TESTIMONY.*

3.    All hearings are evidentiary unless specifically ordered otherwise.

It is so ORDERED.

Signed and Entered on Docket: 6/4/19.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE